**Joshua RICHTER, Petitioner–Appellant,**

v.

**R.Q. HICKMAN, Warden; Cal A. Terhune; Ernie Roe, Respondents–Appellees.**

**No. 06–15614.**

United States Court of Appeals, Ninth Circuit.

Nov. 10, 2008.

Clifford Gardner, Law Offices of Cliff Gardner, Oakland, CA, for Petitioner–Appellant.

Harry Joseph Colombo, John Gerald McLean, AGCA–Office of the California Attorney General (SAC), Sacramento, CA, for Respondents–Appellees.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge CALLAHAN did not participate in the deliberations or vote in this case.